UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

SAWYER FERGUSON WALKER COMPANY,
INC

Case No. 99B-44531 AJG
Chapter 7

**STATEMENT OF UPAID
DISTRIBUTION CHECKS**

Debtor(s)

**TO    THE CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF
NEW YORK**

GREGORY MESSER, the Trustee herein, respectfully represents and alleges:

1. A final distribution was made to the creditors of the above-mentioned,

2. More than ninety (90) days have elapsed since the distribution of these checks and the Trustee
   finds that several checks have not cleared the Trustee's account.

3. The Trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in
   the amount of $ 3,730.17. The name(s) and address(es) of the claimants entitled to the unclaimed
   dividends are as follows:

4. Attached hereto is a check in the above amount which the Trustee desires to deposit with the
   Clerk of this court in accordance with Section 341 of Title 11 of the United States code and
   Bankruptcy Rule 3011

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---------|----------------------------|--------------|-----------------|
| 8 | Terrell A. Moore<br>C/O John Power, 86 Twin Falls Road<br>Berkley Heights, NJ 079222715 | 1,274.78 | 1,243.39 |
| 21 | RONALD M. SIMPSON<br>6930 SW 16TH ST,<br>PLANTATION, FL 333175084 | 1,274.78 | 1,243.39 |
| 14 | Herbert R. Russel<br>289 Oxford Road,<br>Des Plaines, Il 60016 | 1,274.78 | 1,243.39 |
| | | Total Unclaimed Dividends | $3,730.17 |

Dated: March 24, 2006
        Brooklyn, New York

GREGORY M. MESSER, TRUSTEE

RECEIVED MAY 8 2006