UNITED STATES BANKRUPTCY COURT
Southern District of New York

----------------------------------------------------------x
In Re:

    Sawyer Ferguson Walker Company, Inc

CASE NO. 99-44531 AJG

ORDER FOR REIMBURSEMENT
OF UNCLAIMED DIVDIENDS

----------------------------------------------------------x

    On 5/8/06, the Trustee filed a Trustee's Notice and Payment into the Court for Unclaimed Funds and issued a check to the Clerk, US Bankruptcy Court, for deposit into the Registry of the Court in the amount of $1,243.39 on behalf of Herbert R. Russel. On 3/1/2007, Herbert R. Russel c/o Dilks & Knopik, LLC filed a Petition seeking payment of this sum. The Petition and the documents attached thereto establish that Claimant is entitled to the Unclaimed Funds. Accordingly, it is hereby

    ORDERED that the Clerk, US Bankruptcy Court, shall issue a check in the amount of $1,243.39, payable to Herbert R. Russel c/o Dilks & Knopik, LLC and shall send said check to payee at the following address: PO Box 2728, Issaquah, WA 98027.

IT IS SO ORDERED this 9th day of May, 2007.

/s/ Stuart M. Bernstein
United States Bankruptcy Judge

Application Submitted By:

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney-in-Fact for Herbert R. Russel
PO Box 2728
Issaquah, WA 98027
(425) 836-5728